FILE COPY

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

COA No. 12-13-00382-CR

PD-0452-15

6/26/2015

JOHNSON, DANIEL WILBUR   Tr. Ct. No. 007-1059-13

The appellant's pro se petition for discretionary review has this day been received and filed.

Abel Acosta, Clerk

FILED IN COURT OF APPEALS
12th Court of Appeals District

JUN 2 9 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

12TH COURT OF APPEALS CLERK
CATHY LUSK
1517 W. FRONT, ROOM 354
TYLER, TX 75701
* DELIVERED VIA E-MAIL *